IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                    No. CIV S-11-2200 JAM GGH P

    vs.

SACRAMENTO POLICE DEPARTMENT, et al.,

        Defendants.              ORDER

/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. Plaintiff is cautioned, however, that it appears on the face of it that he is barred by the three-strikes provision of § 1915(g) from proceeding in forma pauperis in this matter. The court takes judicial notice[1] of the national pro se "three strikes" database, and the cases therein cited, which a Ninth Circuit committee has directed this

---

[1] Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981).

court to access for PLRA three-strikes screening purposes. The national database identifies plaintiff as a litigant who has been barred from proceeding in forma pauperis in a civil rights action as of August 1, 2006. See, e.g., Case No. 1:06cv1429 OWW SMS, by an order, filed on April 20, 2007, plaintiff was identified as having filed, as of September 25, 2006, one hundred and twenty-four actions in this district,[2] forty-four of which had been filed in September alone, with fourteen of the complaints, largely identical, having been filed on one day in September, none of which had included the filing fee. Therefore, it is unlikely that plaintiff's in forma pauperis application will suffice.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 20, 2011

                                                  /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/md
weav2200.3a

---

[2] While that case was filed in the Fresno Division, the Sacramento Division is part of the same federal judicial district, the Eastern District of California.