1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIE WEAVER,

11              Plaintiff,                    No. CIV S-11-2200 JAM GGH P

12        vs.

13
     SACRAMENTO POLICE
14   DEPARTMENT, et al.,

15              Defendants.                   ORDER

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20              On December 14, 2011, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any objections

22   to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24              Although it appears from the file that plaintiff's copy of the findings and

25   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility

26   to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f),

                                              1

1 | service of documents at the record address of the party is fully effective.

2 |       The court has reviewed the file and finds the findings and recommendations to be

3 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

4 | ORDERED that:

5 |       1.  The findings and recommendations filed on December 14, 2011, are adopted in

6 | full; and

7 |       2.  Plaintiff is barred pursuant to the three-strikes provision of 28 U.S.C. §

8 | 1915(g), from proceeding in this action in forma pauperis and his request to proceed in forma

9 | pauperis is denied;

10 |       3.  Plaintiff is directed to submit the entire filing fee of $350.00 within twenty-one

11 | days; and

12 |       4.  Failure to submit the entire filing fee timely will result in dismissal of this

13 | action.

14 | DATED:   January 18, 2012

16 |       /s/ John A. Mendez
      UNITED STATES DISTRICT JUDGE