IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                     No. CIV S-11-2200 JAM GGH P

    vs.

SACRAMENTO POLICE DEPARTMENT, et al.,

        Defendants.              ORDER

                                 /

        Plaintiff, a Sacramento County Jail inmate[1] proceeding pro se, filed an action pursuant to 42 U.S.C. §1983. By Order, filed on January 19, 2012, this court adopted the findings and recommendations of the magistrate judge, filed on December 14, 2011. In the December 14th order, plaintiff was determined to be barred, pursuant to the three-strikes provision of 28 U.S.C. § 1915(g), from proceeding in this action in forma pauperis and his request to proceed in forma pauperis was denied. Plaintiff was directed to submit the entire filing fee of $350.00 in full within twenty-one days, failing which this action was to be dismissed.

---

[1] In the January 19, 2012, Order, plaintiff was inadvertently inaccurately identified as a state prisoner, rather than a county jail inmate.

1       Instead of submitting the filing fee as directed, the docket of this case indicates
2 that plaintiff has subsequently submitted another motion to proceed in forma pauperis. <u>See</u>
3 docket # 11. Plaintiff, thus, has failed to pay the filing fee, pursuant to this court's order, and the
4 time for doing so has expired.
5       Accordingly, IT IS HEREBY ORDERED that this case be dismissed.
6 DATED: June 14, 2012

                                            /s/ John A. Mendez
                                            UNITED STATES DISTRICT COURT JUDGE